UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Amanie Riley,<br><br>         Plaintiff,<br><br>   -against-<br><br>CTAC Holdings, LLC,<br><br>         Defendant. | 24-CV-9431 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  The Southern District of New York's Rules for the Division of Business state that "[a] civil case shall be designated for assignment to White Plains if . . . the claim arose in whole or in major part in the Northern Counties and at least one of the parties resides in the Northern Counties." The complaint states that plaintiff "is and has been at all relevant times a resident of Westchester County," which is a Northern County. Dkt. 1 ¶ 15. And while the complaint argues that venue is proper because "a substantial portion of the conduct complained of herein occurred in this District" when "[p]laintiff attempted to utilize . . . the subject Website within this Judicial District," *id.* ¶ 13, it does not specify what part of the claim arose in the Northern Counties (Dutchess, Orange, Putnam, Rockland, Sullivan, and Westchester) versus New York or Bronx Counties.

  Plaintiff should, by **December 19, 2024**, either 1) amend her complaint to specify what part of her claim arose out of New York or Bronx Counties such that the case should be assigned to the Manhattan courthouse, or 2) inform the Court via letter that the case should more properly be assigned to White Plains.

  SO ORDERED.

Dated: December 13, 2024
    New York, New York

                          ARUN SUBRAMANIAN
                          United States District Judge