UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  05/05/2025
```

-------------------------------------------------------

AMANIE RILEY
*on behalf of herself and all others similarly situated*,
                Plaintiff,

- against -

CTAC HOLDINGS, LLC.

                Defendant.

-------------------------------------------------------

**ORDER**

7:24-cv-09431-NSR

Román, D.J.:

The Court having been informed that the that this case has been settled in principle, it is hereby

ORDERED, that the above-entitled action be and hereby is discontinued, subject to reopening should the agreement not be consummated within forty-five (45) days of the date hereof. The parties are advised that if they wish the Court to retain jurisdiction in this matter for purposes of enforcing any settlement agreement, they must submit the agreement to the Court within the next 45 days with a request that the agreement be "so ordered" by the Court.

Dated:    May 5, 2025
            White Plains, New York

SO ORDERED.

_____
Nelson S. Román, U.S.D.J.